The Equitable Trust Company of New York, as trustee, complainant, v. Chicago, Peoria & St. Louis Railroad Company et al., defendants, on appeal of Bankers Trust Company of New York, as trustee, appellant, v. The Equitable Trust Company of New York, as trustee, appellee. Gen. No. 7,663.

Bill to foreclose mortgage. Decree for complainant. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed in part, and reversed in part, and remanded with directions. Opinion filed April 30, 1924.

White & Case and Brown, Hay & Stephens, for appellant; J. E. Waid, of counsel. Murray, Prentice & Aldrich and Philip Barton Warren, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Nanta Horn, appellant, v. Omer Arbogast and Rose Patrick, appellees. Gen. No. 7,686.

Bill to secure declaration of trust as to certain property. Dismissed for want of equity. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 30, 1924.

A. E. & R. C. De Mange, for appellant. Frank Gillespie, for appellees; L. E. Bach, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

Indian Refining Company, appellant, v. John Barton Payne, agent and director general of railroads (James C. Davis substituted defendant), appellee. Gen. No. 7,687.

Action for damages for loss of shipment in transit. Judgment for defendant. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 30, 1924.

Gordon, Weed & Young and A. E. & R. C. De Mange, for appellant. W. K. Bracken, for appellee; Silas H. Strawn, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

Hotz Lumber Company, appellee, v. Josephine Deambrogio, executrix of the last will and testament of Louis Deambrogio, deceased, et al., appellants. Gen. No. 7,696.

Suit to enforce mechanic's lien. Decree for complainant. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 30, 1924.

Murphy & Hemphill, for appellants. Terry, Gueltig & Powell, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Liberty State Bank, appellee, v. Louis G. Deschler Company, appellant. Gen. No. 7,705.

Action to recover double damages for wilfully holding possession of premises after adverse judgment in forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this